IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| STEPHANIE CAMPEAU, | ) | |
| | ) | |
| *Plaintiff* | ) | |
| | ) | |
| v. | ) | CIVIL ACTION |
| | ) | |
| UNITED STATES OF AMERICA, | ) | NO. 1:13-CV-3682-WSD |
| | ) | |
| *Defendant* | ) | |

## NOTICE OF SETTLEMENT

Plaintiff Stephanie Campeau, by counsel, hereby provides notice that the Parties have agreed upon a settlement in the above-captioned matter. The written settlement agreement memorializing the Parties' settlement is presently being finalized and the Parties will be jointly seeking a continuation of the present litigation stay to enable completion and performance of that agreement. Upon full performance of the settlement agreement, Plaintiff will file a Dismissal with Prejudice of the above-captioned matter.

        Respectfully Submitted,

        STEPHANIE CAMPEAU

By:   *s/ Isaac A. McBeth*
       Isaac A. McBeth
       Virginia Bar No. 82400
       Brewster S. Rawls
       Virginia Bar No. 23604
       Rawls, McNelis & Mitchell, P.C.
       211 Rocketts Way, Suite 100
       Richmond, VA 23231
       (804) 344-0038
       (804) 782-0133 – Facsimile
       IMcBeth@RawlsMcNelis.com
       BRawls@RawlsMcNelis.com

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
Atlanta Division

| | |
|---|---|
| STEPHANIE CAMPEAU, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:13-CV-3682-WSD |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

## **CERTIFICATE OF COMPLIANCE**

I certify that the documents to which this certificate is attached have been prepared with one of the font and point selections approved by the Court in LR 5.1 B for documents prepared by computer.

*s/ Isaac A. McBeth*
Isaac A. McBeth

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
Atlanta Division

| | |
|---|---|
| STEPHANIE CAMPEAU,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  Case No. 1:13-CV-3682-WSD<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of May, 2015, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

> R. David Powell
> Assistant United States Attorney
> Georgia Bar No. 586450
> 600 United States Courthouse
> 75 Spring Street, S.W.
> Atlanta, GA 30303
> r.david.powell@usdoj.gov
>
> Dale C. Ray, Jr.
> Georgia Bar No. 596095
> Fain, Major & Brennan, P.C.
> 100 Glenridge Point Parkway, Suite 500
> Atlanta, GA 30342
> dray@fainmajor.com

*s/ Isaac A. McBeth*
Isaac A. McBeth