## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

STEPHANIE CAMPEAU,       :

    Plaintiff,       :

    v.       :       CIVIL ACTION

           :       NO.  1:13-CV-3682-WSD

UNITED STATES OF AMERICA,       :

    Defendant.       :

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that this action shall be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each party to bear its own costs and fees.

Respectfully submitted,

FOR STEPHANIE CAMPEAU

*/s/ Isaac A. McBeth*
Isaac A. McBeth
Virginia Bar No. 82400
Brewster S. Rawls
Virginia Bar No. 23604
Rawls, McNelis & Mitchell, P.C.
211 Rocketts Way, Suite 100
Richmond, VA 23231
(804) 344-0038
(804) 782-0133 – Facsimile
imcbeth@RawlsMcNelis.com
brawls@RawlsMcNelis.com

FOR THE UNITED STATES

John A. Horn
Acting United States Attorney

*/s/ R. David Powell*
R. David Powell
Assistant United States Attorney
Georgia Bar No. 586450
600 United States Courthouse
75 Spring Street, S.W.
Atlanta, Georgia  30303
Voice:  (404) 581-6000
Facsimile: (404) 581-4667
R.David.Powell@usdoj.gov

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

STEPHANIE CAMPEAU,

    Plaintiff,

    v.

UNITED STATES OF AMERICA,

    Defendant.

CIVIL ACTION

NO. 1:13-CV-3682-WSD

## CERTIFICATE OF COMPLIANCE

    I certify that the documents to which this certificate is attached have been prepared with one of the font and point selections approved by the Court in LR 5.1B for documents prepared by computer.

*/s/ Isaac A. McBeth*
Isaac A. McBeth

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

STEPHANIE CAMPEAU,

    Plaintiff,

    v.

UNITED STATES OF AMERICA,

    Defendant.

:
:
:
:
:
:
:
:
:

CIVIL ACTION

NO.  1:13-CV-3682-WSD

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing

## JOINT STIPULATION OF DISMISSAL

with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following lead counsel:

    R. David Powell, Esq.

This  19th  day of June, 2015.

                */s/ Isaac A. McBeth*